**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankershim Blvd., Suite 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA ACOSTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION<br><br>Defendant. | Case No. 3:19-cv-00954-CAB-BGS<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: September 10, 2020<br>Time: 2:00 p.m.<br>Courtroom: 15A<br>Judge: Hon. Cathy Ann Bencivengo<br><br>Per Chamber Rules, No Oral Argument Unless Separately Ordered by the Court |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order granting Preliminary Approval of Class Action Settlement on May 14, 2020 [Dkt. 36], on September 10, 2020 at 2:00 p.m. in Courtroom 15A of the United States Courthouse, located at 221 West Broadway, San Diego, California 92101, Plaintiff AMANDA ACOSTA ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his counsel, will move the Court for an

1

Order granting Final Approval of Class Action Settlement, including the following relief:

    a) To affirm final certification of this proceeding as a Class Action pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, with the Class as defined in the Settlement Agreement;

    b) To affirm final certification of Plaintiff as Class Representative; and G. Thomas Martin, III and Nicholas J. Bontrager of Martin & Bontrager, APC as Class Counsel;

    c) To find that the notice given to Class Members satisfied the requirements of both the Federal Rules of Civil Procedure 23 and due process and that the Court has jurisdiction over the Parties and the Class;

    d) To find that the Settlement Agreement is fair, reasonable and adequate to the Class Members and approve the Agreement;

    e) To grant Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Awards;

    f) To order that the Class Representative and all Class Members have effected the releases set forth in Section 14 of the Settlement Agreement, thereby releasing the Released Claims as to the Released Parties;

    g) To dismiss all claims in the Lawsuit with prejudice, and permanently enjoin the Class Representative and all Class Members from bringing or prosecuting any Released Claim against any Released Party. It is the Parties' intention that such dismissal shall constitute a final judgment of the Releasing Parties' claims against the Released Parties on the merits to which the principles of res judicata shall apply to the fullest extent of the law as to the Released Parties;

    h) Retain jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this Agreement and the Final Approval Order and Judgment.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities submitted herewith, the Declaration of G. Thomas Martin, III, the Declaration of Nicholas J. Bontrager, the Declaration of Plaintiff, the Declaration of First Class. Inc. Case Manager Bailey Hughes, and the complete file and record in this action, and any such other evidence and argument of counsel that the Court may choose to entertain.

DATE: August 6, 2020       RESPECTFULLY SUBMITTED,

MARTIN & BONTRAGER, APC

By: /s/ G. Thomas Martin, III

Attorneys for Plaintiff

# PROOF OF SERVICE

I filed electronically on this 6th day of August, 2020, **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTAGREEMENT**, with the United States District Court CM/ECF system

Notification sent electronically on this 6th day of August, 2020, to:

Christopher D. Holt, Esq.
KLINEDINST IRVINE
2 Park Plaza, Ste. 1250
Irvine, CA 92614

(714) 542-1800 x5211 Phone
(714) 542-3592 Fax
Email: cholt@klinedinstlaw.com

This 6th day of August, 2020.


s/G. Thomas Martin, III

G. Thomas Martin, III